# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

ESTATE OF MICHAEL VASQUEZ,
by and through successor in interest,
Kathy Nigro; KATHY NIGRO,
individually,

                    Plaintiffs,

        v.

COUNTY OF RIVERSIDE, a public
entity; RIVERSIDE COUNTY
SHERIFF'S DEPARTMENT;
SHERIFF CHAD BIANCO, in his
individual and official capacities;
EDWARD DELGADO; JAMES
KRACHMER; DAVID HOLM; and
DOES 1 through 10, individually,
jointly and severally,

                    Defendants.

CASE NO.  5:23-cv-00988-JGB-DTB

ORDER RE JOINT STIPULATION
AND ORDER FOR LEAVE FOR
PLAINTIFF TO FILE SECOND
AMENDED COMPLAINT

## ORDER

The Court having reviewed and considered the parties' Stipulation for Leave to File a Second Amended Complaint (the "Stipulation"), and good cause having been shown therefor, the Court hereby orders as follows:

1.      Plaintiffs ESTATE OF MICHAEL VASQUEZ , et al., shall have leave to file their second amended complaint in this matter to  add the additional custodial

1

ORDER RE JOINT STIPULATION FOR LEAVE FOR PLAINTIFF
TO FILE SECOND AMENDED COMPLAINT

individuals as defendants: (1) Sergeant Patrick Lindo; (2) Sergeant Jonathan Wambaugh; (3) Deputy Cole Tenne; (4) Corporal Nathaniel Woody; (5) Deputy Hugo Bautista; (6) Investigator Justin Williams in this action; and

2. Plaintiffs ESTATE OF MICHAEL VASQUEZ, et al., shall accomplish such filing fifteen (15) days after the signing of this order.

**IT IS SO ORDERED**

Dated: July 31, 2024

Honorable Jesus G. Bernal
United States District Judge

2

**ORDER RE JOINT STIPULATION FOR LEAVE FOR PLAINTIFF
TO FILE SECOND AMENDED COMPLAINT**