JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ESTATE OF MICHAEL VASQUEZ, ET AL.,

Plaintiff,

vs.

County of Riverside, et al.,

Defendant.

Case 5:23-cv-988-JGB-DTB

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant's Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.

2. Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** as to Plaintiffs' federal law claims, and **DISMISSED WITHOUT PREJUDICE** as to Plaintiffs' state law claims.

//

3.  Judgment is **ENTERED** in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated:  January 23, 2026

_____
Honorable Jesus G. Bernal
United States District Judge

5:22-cv-1782-JGB-SHK

JUDGMENT